IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK RECRUITMENT GROUP INC.,
a Delaware corporation,

                             **Plaintiff**

v.                                                           Case No.

CLEARONE ADVANTAGE, LLC
a Maryland corporation,

                             **Defendant.**
_____/

## PLAINTIFF'S COMPLAINT

Plaintiff, Frank Recruitment Group Inc., claims against Defendant, ClearOne Advantage, LLC for breach of contract based upon Defendant's failure to pay the $137,970 fee pursuant to the Permanent and Contract Recruitment Agreement with Frank Recruitment Group Inc., wherein Frank Recruitment Group Inc. recruited and referred Muhammad Usumanul, David Newell, and Igor Royzen as candidates for employment to Defendant, ClearOne Advantage, LLC:

### PARTIES

1. Plaintiff, Frank Recruitment Group Inc. ("FRG INC"), is a Delaware corporation with a principal place of business located at 501 E. Kennedy Blvd, Ste. 1900, Tampa, FL 33602.

2. Defendant, ClearOne Advantage, LLC ("CLEARONE ADVANTAGE"), is a Maryland corporation with a principal place of business located at 1501 S. Clinton Street, Suite 320, Baltimore, MD 21224.

## VENUE AND JURISDICTION

3. Jurisdiction and venue are properly situated in the United States District Court for the Middle District of Florida based upon diversity of citizenship as the value of this case is more than $75,000.00 and the parties are citizens of Florida and Maryland, respectively. Further. the appliable commercial contract agreed to and executed by the parties at Part 4, Section 4 provides as follows:

> This Agreement is subject to and governed by the laws of state of Florida without regard to its conflicts of law principles. The Parties shall file or bring all disputes, proceedings, claims and actions arising out of, or related in any way to, this Agreement in the federal or state courts located in (a) Hillsborough County, Florida or (b) the county of the Client's principal place of business or legally registered address. Each Party hereby waives any and all right it has to a trial by jury.

*See* Exhibit A at Part 4, §4.

## COUNT I -- BREACH OF CONTRACT

4. Plaintiff, FRG INC, adopts and incorporates by reference paragraphs 1 through 3 above as though the same were set forth at length herein.

5. FRG INC is a recruitment agency that introduces individuals seeking employment ("Candidates") to clients, including companies like CLEARONE ADVANTAGE.

6. On or about October 15, 2021, FRG INC submitted a Permanent and Contract Recruitment Agreement ("Contract"), which was accepted, agreed to, and signed by CLEARONE ADVANTAGE and, thus, FRG INC and CLEARONE ADVANTAGE entered into a contract pursuant to which FRG INC was to introduce individuals seeking employment to CLEARONE ADVANTAGE in accordance with the terms of the Contract. Attached hereto and incorporated herein as Exhibit A is a true and correct copy of the Contract.

7. Under the Contract at Part 2, Section 3a, CLEARONE ADVANTAGE was obligated to remit a Placement Fee, as defined in the Contract, to FRG INC of 30% of the Total Compensation, as defined in the Contract, to FRG INC for its recruitment, referral, and the hiring of a candidate by CLEARONE ADVANTAGE. *See* Exhibit A at Part 2, Section 3(a) of the Contract. FRG INC recruited and referred three Candidates, David Newell, Igor Royzen, and Muhammad Usmanul to CLEARONE ADVANTAGE, all of whom CLEARONE ADVANTAGE hired.

8. FRG INC performed all of the obligations outlined in the Contract and promptly submitted its invoice dated August 16, 2021 in the amount of $52,470.00 to CLEARONE ADVANTAGE for payment of the Placement Fee for David Newell. Attached hereto as Exhibit B is a true and correct copy of the invoice dated August 16, 2021.

9. FRG INC performed all of the obligations outlined in the Contract and promptly submitted its invoice dated September 20, 2021 in the amount of $49,500.00 to CLEARONE ADVANTAGE for payment of the Placement Fee for Igor Royzen. Attached hereto as Exhibit C is a true and correct copy of the invoice dated September 20, 2021.

10. Thereafter, FRG INC performed all of the obligations outlined in the Contract and promptly submitted its invoice dated October 12, 2021 in the amount of $36,000.00 to CLEARONE ADVANTAGE for payment of the Placement Fee for Muhammad Usmanul. Attached hereto as Exhibit D is a true and correct copy of the invoice dated October 12, 2021.

11. Pursuant to Section 4 of the Contract, CLEARONE ONE ADVANTAGE was obligated to pay the Placement Fees to FRG INC within 7 days of issue of each Invoice. *See* Part 4, Section 4 of the Contract.

12. To date, and despite repeated requests, CLEARONE ADVANTAGE has failed to pay any of the monies due and owing to FRG INC as outlined above as required by and under the Contract.

13. CLEARONE ADVANTAGE has breached and continues to be in breach of the Contract.

14. FRG INC has been damaged by CLEARONE ADVANTAGE's breach of contract and failure to timely remit the payment due and owing of the $137,970.00, plus 1.5 % interest per month on overdue amounts owed as required

under the Contract, plus collection amounts owed and all such costs and expenses including without limitation attorneys' fees and costs incurred by FRG INC, which monies it seeks in this lawsuit, as per and provided for in the Contract at Section 6(b).

**WHEREFORE**, Plaintiff, Frank Recruitment Group Inc. requests that judgment be entered in its favor, that it be awarded full and complete payment for its recruitment work and services in the amount of $137, 970.00 plus 1.5 % interest thereon and all collection agency costs, attorney's fees, court costs and other costs and expenses incurred by FRG INC., as per and provided for in the Contract at Part 3, Section 6 (b), and any and all other relief deemed appropriate by this Court.

**COUNT II – IN THE ALTERNATIVE, UNJUST ENRICHMENT**

15. Plaintiff, FRG INC adopts and incorporates by reference paragraphs 1 through 14 above as though the same were set forth at length herein.

16. CLEARONE ADVANTAGE requested that FRG INC provide candidates to fill employment vacancies at CLEARONE ADVANTAGE as delineated in Count I above.

17. FRG INC performed all of the work and services requested by CLEARONE ADVANTAGE as delineated in Count I above.

18. CLEARONE ADVANTAGE has received the benefit of the work and services completed by FRG INC as delineated in Count I above and as set forth in Exhibit A.

19. CLEARONE ADVANTAGE was aware of the benefit conferred upon it by and as a result of FRG INC's work and services as delineated in Count I above and as set forth in Exhibit A attached hereto and, indeed, continues to benefit from FRG INC's work and services, upon information and belief, by employing Muhammad Usmanul, David Newell, and Igor Royzen.

20. The work and services provided by FRG INC are of value to CLEARONE ADVANTAGE and are payable in the amounts as delineated in Count I above and as set forth in Exhibit A attached hereto; indeed, FRG INC invoiced CLEARONE ADVANTAGE for the work and services provided by FRG INC.

21. CLEARONE ADVANTAGE, however, has failed to pay for the work and services provided by FRG INC as delineated in Count I above and as set forth in Exhibits B-D attached hereto.

22. CLEARONE ADVANTAGE has wrongfully secured and/or passively accepted the benefits of the work and services performed by FRG INC and it is unconscionable for CLEARONE ADVANTAGE to retain the benefit without paying for the value of FRG INC's work and services.

23. CLEARONE ADVANTAGE has been unjustly enriched by and from the work and services performed by FRG INC.

24. FRG INC. has and continues to be damaged by CLEARONE ADVANTAGE's unjust enrichment via its failure and continuing failure to timely

remit the payment for the work and services performed by FRG INC as delineated in Count I above and as set forth in Exhibits B-D attached hereto.

25. As a result of the unjust enrichment of CLEARONE ADVANTAGE by and through its failure and continuing failure to make payment for the services completed by FRG INC, FRG INC is entitled to and herein seeks restitution not only to the charges for the work and services performed, but also through the payment of interest and payment of all collection costs and expenses and, attorneys' fees incurred in pursuing this matter, and any other equitable relief deemed appropriate by this Court.

**WHEREFORE**, Plaintiff, Frank Recruitment Group Inc. requests that judgment be entered in its favor, that Frank Recruitment Group Inc. be awarded relief in the form of restitution via full and complete payment for its recruitment work and services, plus 1.5% interest thereon, plus collection costs, expenses, and attorney's fees, and any and all other relief deemed appropriate by this Court.

**Respectfully submitted,**

*s/ Paige A. Greenlee*

**Dated: October 5, 2022**

Paige A. Greenlee
Florida Bar No. 635928
paige@greenleelawtampa.com
Greenlee Law PLLC
1304 S. DeSoto Avenue, Suite 203
Tampa, FL 33606-3138
Telephone: (813) 802-8215
Facsimile: (813) 867-4585
*Attorney for Plaintiff*

Case 8:22-cv-02280-VMC-SPF   Document 1   Filed 10/06/22   Page 8 of 8 PageID 8

8